IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KIM C. KY, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV F 10-1649 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 9.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;
2. VACATES all pending matters and dates, including the December 15, 2010 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   December 3, 2010**　　　　　　　　　　 /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE